**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Natural Pork Production II, LLP**                    Case No. **12-02872-als11**

       Debtor(s)

                                                               Adversary No. **12-30098-als**

**Natural Pork Production II, LLP**

       Plaintiff(s)

vs.

**IC Committee**

       Defendant/Third Party Plaintiff

**Alan Axelrod, et al.**

       Third Party Defendants

**POST-TRIAL ORDER**
(date entered on docket: June 4, 2014)

A post-trial conference was conducted with the parties to confirm the status of admitted exhibits, finalize the record and formulate a briefing schedule. Based upon that conference, the Court and parties agree as follows:

1. Exhibits admitted without reservation of objection pursuant to the parties' stipulation, by Court ruling at the pre-trial conference, trial or post-trial conference.

   Exhibit Numbers: 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15A, 16, 17, 18, 19, 20, 21, 22, 25, 26, 27, 28, 29 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 47, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98 (with stipulation as to date change), 99, 100, 101, 102, 103, 104, 104A, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 121, 122, 123, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 160, 161, 161A, 162,165, 165A, 166, 166A, 167, 167A, 168, 169, 170, 171, 172, 173, 174, 174A, 175, 176, 177, 177A, 178, 179, 179A, 180, 181, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 194, 197, 198, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244(audio of partner meeting and the primary exhibit), 244A (written transcript for ease of review and reference to 244), 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 257, 258, 259, 260, 261, 262, 263, 264A, 265, 266, 269, 270, 271, 272, 273, 274

2. Exhibits received subject to noted objections on the Second Amended and Substituted Joint Witness and Exhibit List filed at docket number 316 or reserved by objection at trial.

   Exhibit Numbers: 8A, 24, 30, 124, 154, 155, 155A, 156, 157, 158, 158A, 159, 159A, 164, 182, 182A 196, 256

3. Exhibit Number 264 is deleted from the official record.

4. Third party defendants Lawrence and Doris Handlos reserved the right to submit a written offer of proof related to Exhibit Numbers 267 and 268 which were not admitted at trial.

5. Exhibit 15 was not admitted.

6. Exhibit 163 was not admitted.

7. Exhibits not Offered. Exhibit Numbers: 23, 46, 49, 193, 195, 199.

8. The stipulation during trial as to the date that an Impairment Circumstance was determined is withdrawn.

9. Paragraph 29 of the Stipulated Facts filed at docket number 312 is revised by agreement of the parties to state:

   NPPII declared an Impairment Circumstance, as defined by Article VII of NPPII's Buy-Sell Agreement.

**It is hereby ORDERED that:**

1. The trial record is closed.

2. Briefing Schedule on parol evidence objections:

    a. The Plaintiff is not required to file any additional argument related to its parol evidence objections and is permitted to stand on the issues raised in its Motion in Limine and brief in support filed at docket number 310.

    b. The Defendant, IC Committee, shall have until June 10, 2014 to file its brief related to parol evidence objections.

    c. The Plaintiff shall have until June 20, 2014 to file any responsive arguments.

3. Briefing Schedule on additional objections reserved and noted at trial:

    a. Third party defendants Doris and Lawrence Handlos shall have until June 10, 2014 to file its offer of proof noted at trial on Exhibit Numbers 267 and 268.

    b. Written responses to this offer of proof shall be filed no later than June 20, 2014.

    c. Third party defendants Doris and Lawrence Handlos shall have until June 10, 2014 to file any written argument to clarify the position on wrongful dissociation and damages.  Opposing parties may include any response(s) to this written argument in their final brief.

4. Final Briefs:

    a. A general factual recitation is not required.
    b. Plaintiff's brief is due July 18, 2014.
    c. Defendant, IC Committee's brief is due August 20, 2014.
    d. Third Party Defendants' briefs are due September 26, 2014.
    e. Defendant, IC Committee's responsive brief is due October 10, 2014.
    f. Plaintiff's responsive brief is due October 24, 2014.

5. Upon submission of briefs the matter will be placed under advisement.

/s/ Anita L. Shodeen  
Anita L. Shodeen  
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:  
☒ Electronic Filers in this Adversary Proceeding  
☐ Everyone in this Adversary Proceeding  
☐ Others: